NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEL CORPORATION,**
*Appellant*

**v.**

**ALACRITECH, INC.,**
*Appellee*

---

2022-2049

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01410.

-----------------------------------------------------

**DELL, INC.,**
*Appellant*

**v.**

**ALACRITECH, INC.,**
*Appellee*

---

2022-2094

---

2                                          DELL, INC. v. ALACRITECH, INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01410.

----------------------------------------------------

**CAVIUM, LLC,**
*Appellant*

**v.**

**ALACRITECH, INC.,**
*Appellee*

_____

2022-2103

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-01410, IPR2017-01737, IPR2018-00339.

_____

**ON MOTION AND ON STIPULATION**

_____

**O R D E R**

On October 2, 2023, Cavium, LLC and Alacritech, Inc. stipulated to voluntary dismissal of their dispute only.

On October 24, 2023, Intel Corporation and Alacritech, Inc. moved to voluntarily dismiss their dispute only.

The parties, having so agreed,

IT IS ORDERED THAT:

(1) Appeal No. 2022-2103 is dismissed under Fed. R. App. P. 42(b), with each side to bear their own costs.

(2) Appeal No. 2022-2049 is dismissed under Fed. R. App. P. 42(b), with each side to bear their own costs.

DELL, INC. v. ALACRITECH, INC.                                              3

(3) Within three business days, Dell, Inc. and Alacritech, Inc. shall file responses to the notice of oral argument in Appeal No. 22-2094.

(4) The official captions and short caption, as modified, are reflected in this order.

FOR THE COURT

October 27, 2023
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE (as to Appeal Nos. 2022-2049 and 2022-2103 only):** October 27, 2023.